**ERIC S. FISH**
California State Bar No. 280992
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Eric_Fish@fd.org

Attorneys for Defendant
Ms. Ramirez-Raudales

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE RUBEN B. BROOKS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARBEL RAMIREZ-RAUDALES,<br><br>Defendant. | CASE NO.:   18MJ2085-RBB<br><br>Hon. Ruben B. Brooks<br><br>NOTICE OF LODGING OF DVD AS EXHIBIT TO DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO MS. RAMIREZ'S MOTION TO DISMISS |

TO: ADAM BRAVERMAN, UNITED STATES ATTORNEY; AND
DAVIS M. LOOP, ASSISTANT UNITED STATES ATTORNEY.

Ms. Marbel Ramirez-Raudales, the accused in this case, by and through her attorneys, Eric S. Fish and Federal Defenders of San Diego, Inc., provides notice that she has lodged with the Court a copy of the DVD of her interrogation. The DVD is lodged as an exhibit to the Defendant's Reply to Government's Response to Ms. Ramirez's Motion to Dismiss filed on May 30, 2018, which is contained at Docket No. 38.

Respectfully submitted,

Dated: May 30, 2018        *s/ Eric S. Fish*
**ERIC S. FISH**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Ramirez-Raudales

**CERTIFICATE OF SERVICE**

    Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

    Davis M. Loop
    Assistant U.S. Attorney

                                      Respectfully submitted,

Dated: May 30, 2018                      *s/ Eric S. Fish*
                                                **ERIC S. FISH**
                                                Federal Defenders of San Diego, Inc.
                                                Attorneys for Ms. Ramirez-Raudales