1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              Case No.: 18-MJ-2071-RBB

12                             Plaintiff,
                                            **ORDER DENYING DEFENDANT'S**
13    v.                                    **MOTION FOR ORDER TO CROSS-**
                                            **EXAMINE DECLARANT [ECF**
14    MARBEL YANETH RAMIREZ-                 **NO. 41] AND DENYING**
      RAUDALES,                              **DEFENDANT'S MOTION TO**
15                                           **DISMISS COMPLAINT FOR**
16                             Defendant.    **SELECTIVE PROSECUTION [ECF**
17                                           **NO. 10]**

18

19         Defendant Marbel Yaneth Ramirez-Raudales was arrested during the evening of

20    April 27, 2018, and is alleged to have entered the United States illegally in violation of

21    Title 8 U.S.C. § 1325.  (Compl. 1-2, ECF No. 1.)  On May 2, 2018, Ramirez filed a

22    motion to dismiss the criminal complaint in her case and argues that she is being

23    subjected to selective prosecution.  (Mot. Dismiss Selective Prosecution Attach. #1 Mem.

24    P. & A. 1-2, 9-17, ECF No. 10.)

25         The United States filed its opposition to the motion to dismiss on May 15, 2018.

26    (Opp'n Def.'s Mot. Dismiss, ECF No. 27.)  The Opposition was accompanied by the

27    Declaration of United States Border Patrol Assistant Chief Patrol Agent Ryan Yamasaki

28

                                             1

1    and a three-page exhibit identifying individuals and groups of individuals apprehended

2    on April 27 and 29, 2018.  (See id. Attach. #1 Decl. Yamasaki 1-5; id. Attach. #2, 1-3.)

3         Argument on the Defendant's Motion to Dismiss was heard on May 23, 2018, and

4    the Court announced its tentative ruling.  During the course of the hearing, defense

5    counsel asked for the opportunity to cross-examine Agent Yamasaki concerning the

6    contents of his declaration.  The Court requested briefing on this issue.

7         After considering the briefs submitted by the Defendant and the United States

8    [ECF Nos. 41, 43], and for the reasons stated in the Court's order denying similar

9    motions by Defendant Morena Elizabeth Mendoza-Romaldo, in United States v.

10   Mendoza-Romaldo, Case No. 18-MJ-2070 (S.D. Cal. filed April 30, 2018) (order

11   denying defendant's motion for order to cross-examine declarant and denying

12   defendant's motion  to dismiss complaint for selective prosecution filed June 19, 2018),

13   Defendant Ramirez-Raudales's request for an evidentiary hearing to cross-examine

14   Agent Yamasaki [ECF No. 41], and her motion to Dismiss the Complaint for Selective

15   Prosecution and accompanying request for discovery [ECF No. 10] are all **DENIED.**

16        **IT IS SO ORDERED.**

17

18   Dated:  June 20, 2018

19                                        Hon. Ruben B. Brooks
20                                        United States Magistrate Judge

21

22

23

24

25

26

27

28